**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

*FILED JUN 26 2024 CLERK, US BANKRUPTCY COURT SOUTHERN DISTRICT OF ILLINOIS*

*Received by RP 2:25*

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | First name: **RAMONA**<br>Middle name: **LANEA**<br>Last name: **SIMS**<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name:<br><br>Business name (if applicable):<br><br>Business name (if applicable): | First name:<br>Middle name:<br>Last name:<br><br>First name:<br>Middle name:<br>Last name:<br><br>Business name (if applicable):<br><br>Business name (if applicable): |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **0 9 9 3**<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 1

Debtor 1 __RAMONA LANEA SIMS__   Case number (if known) _____
         First Name  Middle Name  Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |

**4. Your Employer Identification Number (EIN), if any.**

EIN __8 4 - 2 1 4 2 9 4 6__

EIN __ - __ __ __ __ __ __ __

EIN __ - __ __ __ __ __ __ __

EIN __ - __ __ __ __ __ __ __

**5. Where you live**

c/o 604 Golden St
Number    Street

East St. Louis    IL    62205
City             State  ZIP Code

St. Clair
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

5343 Belleville Crossing St
Number    Street

2049
P.O. Box

Belleville    IL    62226
City          State  ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City    State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Ramona LaNea Sims**   Case number (if known) _____
           First Name   Middle Name   Last Name

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☒ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes.  District _____ When _____ / _____ / _____  Case number _____
                                      MM / DD / YYYY

         District _____ When _____ / _____ / _____  Case number _____
                                      MM / DD / YYYY

         District _____ When _____ / _____ / _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.  Debtor _____ Relationship to you _____
         District _____ When _____ / _____ / _____  Case number, if known _____
                                      MM / DD / YYYY

         Debtor _____ Relationship to you _____
         District _____ When _____ / _____ / _____  Case number, if known _____
                                      MM / DD / YYYY

**11. Do you rent your residence?**

☒ No.  Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 3

Debtor 1 __RAMONA LANEA SIMS__   Case number (if known) _____
         First Name   Middle Name   Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

__RAMONA LANEA SIMS__
Name of business, if any

__5343 Belleville Crossing St 2049__
Number   Street

_____

__Belleville__                __IL__   __62226__
City                          State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☑ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1  RAMONA LANEA SIMS
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No
    ☐ Yes.  What is the hazard?  _____
    
    _____

    If immediate attention is needed, why is it needed? _____

    _____

    Where is the property? _____
                          Number      Street

    _____

    _____
    City                          State    ZIP Code

Debtor 1  __Ramona_____ __Lanea_____ __Sims_____  Case number (if known)_____
         First Name           Middle Name          Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Ramona Lanea Sims**                                                          Case number (if known) _____
      First Name   Middle Name   Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

    **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      ❏ No. Go to line 16b.
      ☑ Yes. Go to line 17.

    **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

      ☑ No. Go to line 16c.
      ❏ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer debts or business debts.
    _____

**17. Are you filing under Chapter 7?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

  ☑ No. I am not filing under Chapter 7. Go to line 18.
  ❏ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
    ❏ No
    ❏ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49  ❏ 1,000-5,000  ❏ 25,001-50,000
❏ 50-99  ❏ 5,001-10,000  ❏ 50,001-100,000
❏ 100-199  ❏ 10,001-25,000  ❏ More than 100,000
❏ 200-999

**19. How much do you estimate your assets to be worth?**

❏ $0-$50,000  ❏ $1,000,001-$10 million  ❏ $500,000,001-$1 billion
❏ $50,001-$100,000  ❏ $10,000,001-$50 million  ❏ $1,000,000,001-$10 billion
☑ $100,001-$500,000  ❏ $50,000,001-$100 million  ❏ $10,000,000,001-$50 billion
❏ $500,001-$1 million  ❏ $100,000,001-$500 million  ❏ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☑ $0-$50,000  ❏ $1,000,001-$10 million  ❏ $500,000,001-$1 billion
❏ $50,001-$100,000  ❏ $10,000,001-$50 million  ❏ $1,000,000,001-$10 billion
❏ $100,001-$500,000  ❏ $50,000,001-$100 million  ❏ $10,000,000,001-$50 billion
❏ $500,001-$1 million  ❏ $100,000,001-$500 million  ❏ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **Ramona L Sims-El**                                    ✗ _____
   Signature of Debtor 1                                       Signature of Debtor 2

Executed on **06/26/2024**                         Executed on _____
           MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1  __Ramona LaNea Sims__
       First Name    Middle Name    Last Name

Case number (if known)_____

| For you if you are filing this bankruptcy without an attorney | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|

**If you are represented by an attorney, you do not need to file this page.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
❏ Yes. Name of Person_____.
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ __Ramona L Sims-Ex__       ✗ _____
Signature of Debtor 1                    Signature of Debtor 2

Date __06/26/2024__                     Date _____
     MM / DD / YYYY                          MM / DD / YYYY

Contact phone __618-789-2706__          Contact phone _____

Cell phone _____           Cell phone _____

Email address __Ramonasims02@gmail__    Email address _____

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 9

**STATE OF ILLINOIS** } ss.
**COUNTY OF ST. CLAIR**

FILED
File No. _____
JUN 0 6 2024
THOMAS HOLBROOK
COUNTY CLERK

# CERTIFICATE

The undersigned person or persons do hereby certify that our business ~~is or is to be~~ conducted or transacted under the name of **RAMONA LANEA SIMS** — in the business of Asset Management and Banking

that its location is or will be **5343 Belleville Crossing Street 2049** (street address)

in the **Belleville** (city or village)    **62226** (zip code)

in the County of St. Clair, State of Illinois, and that the true or real full name or names of the person or persons owning, conducting or transacting the same with the post office address or address of said person or persons is as shown below.

| Name | Address | City or Village | Zip Code | Phone |
|---|---|---|---|---|
| Sims, Ramona L | c/o 604 Golden St. | Cahokia Heights | 62205 | 618-310-4731 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated **5-30**, 20 **24**             **Sims, Ramona L**

---

**STATE OF ILLINOIS** } ss
**COUNTY OF ST. CLAIR**

Personally appeared before me

**Jamie Marie White**

_____

_____

_____

who duly acknowledged that they executed the above certificate.

Dated **5-30-**, 20 **24**    _[signature]_    Notary Public

**OFFICIAL SEAL**
**JAMIE MARIE WHITE**
Notary Public, State of Illinois
Commission No. 766574
My Commission Expires May 11, 2028

NOTE: Strike out words "or is to be" and "or will be" in the certificate if the business is already operating.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: Ramona L Sims　　　　　　　　　　　CASE NO. _____

Debtor(s).

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: 6-26-2024

_Ramona Lanea Sims_
Debtor

_____
Joint Debtor

## List Creditors

1. Vanderbilt Mortgage and Finance Inc
500 Alcoa Trail
Maryville, TN 37802

2. Capital One
P O 31293
Salt City UT, 84131

3. Comenity Bank/VCTRSSEC
3095 Loyalty Circle, Building A,
Columbus, TN 43219

4. JPMCB Card Services
P. O. Box 15369
Wilmington DE 19850

5. Navy Federal Credit union
P. O. Box 3700
Merrifield, VA 22119

6. Nordstrom TD Bank
13531 E Caley Ave,
Englewood, CO 80111

7. Resource One
P.O. 660077
Dallas Tx 75266

8. TD Bank Usa/Target Credit
P.O. Box 1470
Minneapolis, MN 55440

9. Nebraska Furniture Mart
P.O. Box 3456
Omaha, NE 68103

10. Navy Federal Credit Union
P.O. Box 3700
Merrifield VA 22119

11. Cavarly Portfolio SVCS
1 American Lane, Suite 200,
Greenwich, CT 06831

12. Credit Systems INT INC
P.O. Box 1088,
Fort Worth, TX 76004

13. Chase Ink
P.O. Box 15123
Wilmington, DE 19850

14. Walters Tow
119 Ashland Ave
Fairview Heights, Illinois 62208

15. St. Clair County Assessor
10 Public Square
Belleville, Illinois 62220

16. Home Depot
P O Box 790420
St. Louis Mo 63179

17. Crate and Barrel Synchrony Bank
P. O. Box 71751
Philadelphia, PA 19176

18. Sams
Synchrony Bank
P.O. Box 71751
Philadelphia, PA 19176

19. Midland Credit Management
350 Carmino De La Reina Suite 100
San diego, CA 92108

20. Mc Carthy Burgess & Wolf Inc
26000 Cannon Road,
Cleveland, Ohio 44146

21. Ameren Illinois
300 Liberty Street
Peoria, IL 61602


22. City of Cahokia Heights
Water and Sewer Department
2525 Mousette Lane
Cahokia Heights, Il 62206


23. American Bottoms
P. O. Box 411340
St. Louis Mo 63141


24. Waste Management of Missouri, Inc
P.O. Box 3020
Monroe, WI 53566

25. IL Dept Of healthcare and Family Services
P.O Box 19119
Springfield IL 62794

26. Illinois Dept of Revenue

27. Ally Financial
P O Box 380901
Bloomington, MN 55438

28. Capital One auto Finance
P. O. Box 259407
Plano TX 75025

29. American Express
P.O Box 297800
Ft. Lauderdale, FL 33329


30. Spectrum/ Charter Communication
400 Washington Blvd
Stamford, CT 06902

31. T-Mobile
P.O. Box 742596
Cincinnati, OH 45274

32. Boost Mobile
33. Square
34. Credit One

35. Fidelity Investments
P. O. Box 28016
Albuquerque, NM 87125

36. State Farm Insurance

37. Elephant Insurance